## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO GROUP LIMITED<br><br>Defendants. | Civil Action No. 2:23-cv-00594-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR PLAINTIFF TO SERVE L. R. 3-1 AND 3-2 PRELIMINARY INFRINGEMENT CONTENTIONS AND FOR DEFENDANT TO SERVE L.R. 3.3 AND 3.4 PRELIMINARY INVALIDITY CONTENTIONS AND COMPLY WITH STANDING ORDER REGARDING SUBJECT-MATTERELIGIBILITY CONTENTIONS

Before the Court is the parties' joint motion to extend the time within which (1) Plaintiff is required to serve L.R. 3-1 and 3-2 Preliminary Infringement Contentions; and (2) Defendant is required to serve L.R. 3-3 and 3-4 Preliminary Invalidity Contentions and Comply With Standing Order Regarding Subject Matter Eligibility Contentions. The following chart sets out the Parties' agreement:

| Event | Current Deadline | Parties' Agreed Deadline |
|---|---|---|
| Plaintiff's L.R. 3-1 and 3-2 Preliminary Infringement Contentions | July 5, 2024 | July 12, 2024 |
| Defendant's L.R. 3-3 and 3-4 Preliminary Invalidity Contentions | August 29, 2024 | September 19, 2024 |
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | August 29, 2024 | September 19, 2024 |

Having considered the parties' joint request, the Court GRANTS the Motion. IT IS HEREBY ORDERED that the deadline: (1) for the Plaintiff to serve L.R. 3-1 and 3-2 Preliminary Infringement Contentions is July 12, 2024; and (2) for the Defendant to serve L.R. 3-3 and 3-4 Preliminary Invalidity Contentions and Subject Matter Eligibility Contentions is September 19, 2024