IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Case No. 2:23-cv-00594-JRG <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF COLLISION COMMUNICATIONS, INC.'S
NOTICE OF RELEVANT CLAIM CONSTRUCTION FILING IN ANOTHER CASE**

Plaintiff Collision Communications, Inc. provides the following notice of information relevant to Claim Construction. In this case, Collision and Lenovo dispute the proper construction for the term "multiple users," and have proposed constructions for that term that are the same as those proposed in *Collision Communications, Inc. v. Samsung Electronics Co., Ltd., No. 2:23-cv-00587-JRG (E.D. Tex.)*. On June 17, 2025, the Court issued a claim construction opinion in *Collision v. Samsung* that adopts a construction for the term "multiple users" that differs from the proposals offered by Collision and Samsung/Lenovo.

On June 30, 2025, Collision filed a motion for clarification related to the Court's construction of the term "multiple users." Earlier today, on July 7, 2025, a redacted copy of that brief was approved by Samsung and filed in *Collision v. Samsung*. A copy of that redacted brief is attached to this notice.

| | |
|---|---|
| DATED: July 7, 2025 | Respectfully submitted,<br><br>/s/ *Bradley W. Caldwell*<br>Bradley W. Caldwell<br>Texas State Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>Jason D. Cassady<br>Texas State Bar No. 24045625<br>Email: jcassady@caldwellcc.com<br>J. Austin Curry<br>Texas State Bar No. 24059636<br>Email: acurry@caldwellcc.com<br>Justin T. Nemunaitis<br>Texas State Bar No. 24065815<br>Email: jnemunaitis@caldwellcc.com<br>Hamad M. Hamad<br>Texas State Bar No. 24061268<br>Email: hhamad@caldwellcc.com<br>John F. Summers<br>Texas State Bar No. 24079417<br>Email: jsummers@caldwellcc.com<br>Aisha M. Haley<br>Georgia State Bar No. 656793<br>Email: ahaley@caldwellcc.com<br>Alexander J. Gras<br>Texas State Bar No. 24125252<br>Email: agras@caldwellcc.com<br>**CALDWELL CASSADY & CURRY P.C.**<br>2121 N Pearl Street, Suite 1200<br>Dallas, Texas 75201<br>Telephone:  (214) 888-4848<br>Facsimile:   (214) 888-4849<br><br>Andrea Leigh Fair<br>Texas State Bar No. 24078488<br>Email: andrea@wsfirm.com<br>**WARD, SMITH & HILL, PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Telephone:  (903) 757-6400<br>Facsimile:   (903) 757-2323<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**COLLISION COMMUNICATIONS, INC.** |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
